**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ALICE STEEL, individually and as Special Administrator of the Estate of PIERRE STEEL, deceased, and DEMARCO WHITLEY, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, a corporation, TK HOLDINGS, INC., a coproration, and AUTOLIV ASP, INC., a corporation, <br><br> Defendants. | No. 11-460 <br> Honorable Edmond E. Chang |

## PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL

NOW COME Plaintiffs, ALICE STEEL, individually and as Special Administrator of the Estate of Pierre Steel, deceased, and DEMARCO WHITLEY by and through their attorneys, COCHRAN, CHERRY, GIVENS, SMITH & MONTGOMERY, LLC., and for their Motion for Voluntary Dismissal, state as follows:

1. Pursuant to Fed. R. Civ. P. Rule 41(a)(2) an action may be dismissed at a plaintiff's request upon court order.

2. It is the desire of Plaintiffs, STEEL and DEMARCO to voluntarily dismiss this action pursuant to Fed. R. Civ. P. Rule 41(a)(2).

WHEREFORE, Plaintiffs, ALICE STEEL, individually and as Special Administrator of the Estate of Pierre Steel, deceased, and DEMARCO WHITLEY pray that this Honorable Court enter an order dismissing this matter without prejudice.

1

Respectfully Submitted

COCHRAN, CHERRY, GIVENS, SMITH & MONTGOMERY, LLC.

/s/ James D. Montgomery, Jr. ___
One of the attorneys for Plaintiffs


COCHRAN, CHERRY, GIVENS,
SMITH & MONTGOMERY, LLC.
James D. Montgomery, Jr.
1 N. LaSalle Street, Suite 2450
Chicago, Illinois 60602
(312) 977-0200
(312) 977-0209 fax

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 16, 2011, the foregoing pleading was filed with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means.

                                              /s/ James D. Montgomery, Jr.
                                              James D. Montgomery, Jr.