100249.317

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALICE STEEL, individually and as Special Administrator of the Estate of PIERRE STEEL, deceased, and DEMARCO WHITLEY,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a corporation, TK HOLDINGS, INC., a coproration, and AUTOLIV ASP, INC., a corporation,<br><br>Defendants. | No. 11-cv-460<br>The Honorable Edmond E. Chang |

**FORD MOTOR COMPANY'S STATEMENT REGARDING PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL AND FORD'S MOTION FOR A VOLUNTARY DISMISSAL OF CONTRIBUTION COUNTERCLAIM**

Defendant, FORD MOTOR COMPANY ("Ford"), by its attorneys in this regard, John A. Krivicich, Brody E. Dawson and DONOHUE BROWN MATHEWSON & SMYTH LLC, files this statement regarding plaintiffs' motion for voluntary dismissal. Pursuant to Fed. R. Civ. P. R. 41(c), Ford also requests the dismissal without prejudice of its "Counterclaim Against Alice Steel, as Special Administrator of the Estate of Pierre Steel, Deceased." In further support of this pleading, Ford states as follows:

1. On September 16, 2011, plaintiff's filed their motion for voluntary dismissal. (D.E. 47).

2. On September 21, 2011, this Court ordered defendants to file a concise statement of position concerning plaintiff's motion. (D.E. 48).

3. Ford consents to plaintiff's motion for voluntary dismissal and requests terms and conditions for dismissal. In this regard, it incorporates by reference as its own the Joint Consent filed by TK Holdings, Inc. and Autoliv ASP, Inc.

4. In response to the Court's order of September 22, 2011, should the Court not impose said terms and conditions, Ford still consents to plaintiffs' voluntary dismissal and will seek relief pursuant to Rules 41(d) and 26(c) in the event plaintiffs refile their cases.

5. Ford further states that on October 22, 2010, when this case pended in the Circuit Court of Cook County, Illinois as Case No. 2010 L 10761, Ford filed its Answer and Affirmative Defenses and Counterclaim to Plaintiffs' Complaint at Law. A copy of that pleading is attached hereto as Exhibit A. Included within that pleading was Ford's Counterclaim against Alice Steel as Special Administrator of the Estate of Pierre Steel, Deceased. On May 18, 2011, Ford filed its responsive pleading to plaintiff's Complaint at Law in this Court, adopting by reference its pleadings filed on October 22, 2010. (D.E. 29).

6. Ford now requests that, pursuant to Rule 41(c), that its Counterclaim for Contribution Against Alice Steel as Special Administrator of the Estate of Pierre Steel, Deceased, be dismissed without prejudice to refiling in the event plaintiff DeMarco Whitley refiles his case.

**WHEREFORE**, Ford Motor Company prays for an order voluntarily dismissing its Counterclaim for Contribution Against Alice Steel as Special Administrator of the Estate of Pierre Steel, Deceased, without prejudice to refiling in the event DeMarco Whitley refiles his case against Ford.

Respectfully submitted,

By: s/John A. Krivicich
John A. Krivicich (ARDC #3127319)
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn, Suite 800
Chicago, IL 60603
Telephone: (312) 422-0900
Facsimile: (312) 422-0909
*John.Krivicich@dbmslaw.com*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALICE STEEL, individually and as Special Administrator of the Estate of PIERRE STEEL, deceased, and DEMARCO WHITLEY, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, a corporation, <br><br> Defendant. | No. 11-460 <br><br> Honorable Edmond E. Chang <br><br> MagistrateJudge Sheila M. Finnegan |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2011, I filed Defendant Ford Motor Company's Statement Regarding Plaintiffs' Motion for Voluntary Dismissal and Ford's Motion for a Voluntary Dismissal of Contribution Counterclaim with the Clerk of Court using the CM/ECF system, which will send notice to the following:

Timothy R. Couture, couturet@jbltd.com
James K. Toohey, tooheyj@jbltd.com, mcpheetersg@jbltd.com
David R. Reed, dreed@hpslaw.com, docket@lordbissell.com
James D. Montgomery, james@jdmlaw.com
James Douglas Montgomery , Jr , james2@jdmlaw.com

                                      DONOHUE BROWN MATHEWSON & SMYTH LLC

                                      s/John A. Krivicich
                                      John A. Krivicich (ARDC #3127319)
                                      DONOHUE BROWN MATHEWSON & SMYTH LLC
                                      140 South Dearborn, Suite 800
                                      Chicago, IL 60603
                                      Telephone:    (312) 422-0900
                                      Facsimile:    (312) 422-0909
                                      *John.Krivicich@dbmslaw.com*