UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALICE STEEL, individually and as Special Administrator of the Estate of PIERRE STEEL, deceased, and DEMARCO WHITLEY<br><br>vs.<br><br>FORD MOTOR COMPANY, a corporation, TK HOLDINGS, INC., a corporation, AUTOLIV ASP, INC., a corporation, and AL PIEMONTE FORD SALES, INC., a corporation | Case No. 11 cv 460 |

## STATE FARM INSURANCE COMPANY'S MOTION TO VACATE THE JUNE 16, 2011 STIPULATED PROTECTIVE ORDER

NOW COMES STATE FARM INSURANCE COMPANY, a corporation, by and through its attorneys, *SmithAmundsen, LLC*, and moves this court to vacate the June 16, 2011 Stipulated Protective Order, and release the hold mandated by said Protective Order on the Ford Fusion automobile which was the subject of the above-captioned lawsuit, and in support thereof states as follows:

**BACKGROUND**

1. The original cause of action in the above-captioned lawsuit was brought by Plaintiffs under the theories of Negligence and Products Liability, alleging unreasonably dangerous defects in a 2008 Ford Fusion automobile ("the subject Ford Fusion automobile) caused Plaintiffs to suffer damages.

2. In April of 2010, Plaintiff filed a Petition in the Circuit Court of Cook County for Pre-Suit Discovery Pursuant to Illinois Supreme Court Rule 224, to which STATE FARM INSURANCE COMPANY was a Respondent.

3. STATE FARM INSURANCE COMPANY was dismissed from the action on May 13, 2010.

4. On January 21, 2011, the action was removed to the United States District Court for the Northern District of Illinois, Eastern Division, and was assigned the above-listed caption and case number.

5. On June 16, 2011, this Honorable Court entered a Stipulated Protective Order, whereby the subject Ford Fusion automobile was to be preserved for inspection by the parties. (A copy of the Stipulated Protective Order is attached hereto as Exhibit A).

6. Pursuant to the Stipulated Protective Order, STATE FARM INSURANCE COMPANY, held the subject Ford Fusion automobile in storage at its own expense.

7. An inspection was made by the Parties at the storage facility on August 15, 2011.

8. Plaintiff voluntarily dismissed the lawsuit on September 23, 2011.

9. STATE FARM INSURANCE COMPANY has held and continues to hold the subject Ford Fusion automobile at its own expense.

**RELIEF REQUESTED**

10. STATE FARM INSURANCE COMPANY seeks an order from the Court vacating the Stipulated Protected Order of June 16, 2011; or in the alternative, STATE FARM INSURANCE COMPANY requests entry of an order by the Court stating that it is no longer required to hold the subject Ford Fusion at its own expense, and is entitled to reimbursement for the reasonable expenses of complying with the requirements of any Orders entered in connection

with the above-captioned lawsuit; or in the alternative, STATE FARM INSURANCE COMPANY requests entry of an order by the Court directing any party hereto that seeks to preserve the vehicle to take possession of the vehicle and to pay all costs associated with storage of the vehicle since September 23, 2011.

WHEREFORE, STATE FARM INSURANCE COMPANY prays that this Honorable Court Vacate the June 16, 2011 Protective Order, and enter an order allowing STATE FARM INSURANCE COMPANY to dispose of the subject Ford Fusion automobile, and ordering the Parties to the above-captioned lawsuit to reimburse STATE FARM INSURANCE COMPANY for all reasonable costs and expenses incurred as the result of its compliance with any Orders entered in connection with the above-captioned lawsuit.

        STATE FARM INSURANCE COMPANY, Respondent
        By: SmithAmundsen LLC

        By: _____s/Thomas P. Scherschel_____
              One of Their Attorneys

Thomas P. Scherschel
Kay H. Weiler
SmithAmundsen, L.L.C.
3815 East Main Street, Suite A-1
St. Charles, IL 60174
(630) 587-7910
Atty. No. 6184669